**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

MATHEW L. STASZAK
Reg. #24227-171                                                                                          PLAINTIFF

V.                                   No. 2:15CV00051 JLH-BD

USA                                                                                                           DEFENDANT

### ORDER

Plaintiff Mathew Staszak, an inmate housed at the Federal Correctional Institution in Forest City, Arkansas, filed this lawsuit pro se and paid his filing fee. (Docket entries #1 and #2)

In his complaint, Mr. Staszak alleges that, during his arrest, United States Deputy Marshal Clark Meadows assaulted him. He also alleges that the remaining members of the arresting party negligently failed to prevent and report the assault. Mr. Staszak brings his claims under the Federal Tort Claims Act ("FTCA").

Because Mr. Staszak has adequately alleged an FTCA claim against the United States of America, service is proper for that Defendant. The Clerk of Court is directed to prepare a summons for the United States of America, and the United States Marshal is directed to serve the Defendant with a summons and a copy of the complaint (#1). The United States Attorney for the Eastern District of Arkansas and the United States Attorney General should also be served. Service is to be made without prepayment of fees or costs.

IT IS SO ORDERED this 28th day of April, 2015.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE